0033-5T-EPIB5T-00205950-250594

# United States Bankruptcy Court
FOR THE
Northern District of Ohio, Western Div

| IN RE: | | DATE 04/30/2018 | CASE No. 17-32388 G |
|---|---|---|---|
| LORA MICHELLE BURGAN | | | |
| 415 W GRAND | | | SS #1 XXX-XX-2047 |
| LIMA, OH 45801 | | | |

## NOTICE OF CLAIMS FILED AND INTENT TO PAY CLAIMS

NOTICE is hereby given of the intention of the Chapter 13 Trustee to pay the claims as duly filed and allowed of creditors named and in the amounts set forth according to the terms of the plan, pursuant to 11 U.S.C. 502(a), and Bankruptcy Rule 3002. Unless a party in interest files an objection and request for hearing within 28 days of the date of the service of this Notice, the said claims will be so paid. If an objection to a claim is filed after disbursements have commenced pursuant to this Notice, the Chapter 13 Trustee will not pursue recovery of any funds disbursed prior to the objection.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
|  | ST RITAS MEDICAL CENTER / 730 W MARKET STREET<br>LIMA, OH 45801 |  |  | Not Filed |
|  | LIMA RADIOLOGICAL ASSOC, INC. / 5700 SOUTHWYCK BLVD<br>TOLEDO, OH 43614-1509 |  |  | Not Filed |
| 001 | CHAMBERLAIN-HUCKERIEDE FUNERAL HOME / HUNTER WARFIELD<br>4620 WOODLAND CORPORATE BLVD / TAMPA, FL 33614 | 4,157.00 | 0.0000 | Unsecured |
| 002 | ALLEN COUNTY TREASURER / P O BOX 123<br>LIMA, OH 45802-0123 | 5,400.66 |  | Secured |
|  | Total | 9,557.66 | ******* |  |

|  |  |
|---|---|
| 2,400.00 | Debtor's Attorney |

RANDY LEE REEVES
973 W NORTH ST
LIMA, OH 45805

I hereby certify that a copy of this notice was served upon the debtor(s) and the debtor(s) attorney of record on this day by regular U.S. Mail postage prepaid at their addresses as appear in the records hereof.

DATE: 05/14/2018

/s/Elizabeth A. Vaughan

Elizabeth A. Vaughan
Chapter 13 Trustee